```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08177
   BERNITA SMITH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8667


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/04/2007 and was confirmed 06/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
AMERICAS FINANCIAL CHOIC  UNSECURED          967.30          .00            .00
ASHWORTH COLLEGE          UNSECURED        NOT FILED         .00            .00
BLAIR CORPORATION         UNSECURED        NOT FILED         .00            .00
CCS INC                   UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED         5554.78          .00            .00
COLLECTIONS               UNSECURED        NOT FILED         .00            .00
COMCAST                   UNSECURED        NOT FILED         .00            .00
CHECKIT                   UNSECURED          215.55          .00            .00
GREEN OAKS APARTMENTS     UNSECURED        NOT FILED         .00            .00
HEART CARE CENTERS        UNSECURED        NOT FILED         .00            .00
IQ TELECOM                UNSECURED        NOT FILED         .00            .00
ST FRANCIS                UNSECURED        NOT FILED         .00            .00
JVDB & ASSOC INC          UNSECURED        NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          106.69          .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED        NOT FILED         .00            .00
TCF BANK                  UNSECURED        NOT FILED         .00            .00
REVENUE MANAGEMENT        UNSECURED        NOT FILED         .00            .00
RISK MANAGEMENT           UNSECURED        NOT FILED         .00            .00
RJM ACQUISITIONS          UNSECURED        NOT FILED         .00            .00
ROBERT M WOLFBERG ESQ     UNSECURED        NOT FILED         .00            .00
HOLLYWOOD ENTERTAINMENT   UNSECURED        NOT FILED         .00            .00
SPRINT                    UNSECURED        NOT FILED         .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED         .00            .00
UNICARE                   UNSECURED        NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,464.00                      261.87
TOM VAUGHN                TRUSTEE                                          18.93
DEBTOR REFUND             REFUND                                             .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 08177 BERNITA SMITH
```

```
TRUSTEE                                            280.80

PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   261.87
TRUSTEE COMPENSATION                                              18.93
DEBTOR REFUND                                                       .00
                                        ----------------   ----------------
TOTALS                                           280.80            280.80
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 05/26/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 08177 BERNITA SMITH